| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | JUSTIN L. LEE |
| | Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, CA  95814 |
| 4 | (916) 554-2700 |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-CR-00017-MCE |
| Plaintiff, | STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME |
| v. | |
| ROBERT KURTIS RAY WILES, | |
| Defendant. | Judge: Hon. Morrison C. England |

**STIPULATION**

The United States, by and through its undersigned counsel, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. At the defendant's Arraignment, this matter was set for a Status Conference on March 7, 2013.
2. By this Stipulation, the defendant now moves to continue the Status Conference until May 9, 2013, at 9:00 a.m. and to exclude time between February 13, 2013, and May 9, 2013, under Local Code T4.  The United States does not oppose this request.

Stipulation to Continue          1          United States v. Robert Wiles

3. The parties agree and stipulate, and request that the Court find the following:
    a. The United States provided discovery to the defendant on January 23, 2013. Further, in response to a request from the defendant, the United States anticipates providing additional follow-up discovery during the weeks of February 11 and February 18.
    b. Counsel for the defendant has engaged an investigator who is currently conducting a defense investigation.
    c. Counsel for the defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.
    d. The United States does not object to this continuance.
    e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.
    f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, within which trial must commence, the time period of February 13, 2013, to May 9, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

DATED: February 12, 2013     /s/ Justin L. Lee
JUSTIN L. LEE
Assistant U.S. Attorney

DATED: February 12, 2013     /s/ Tasha Paris Chalfant
TASHA PARIS CHALFANT
Attorney for Defendant
(as authorized on Feb. 12, 2012)

**ORDER**

IT IS SO ORDERED.

DATED: February 13, 2013

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE