BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-CR-00017-MCE |
| Plaintiff, | STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME |
| v. | |
| ROBERT KURTIS RAY WILES, | |
| Defendant. | Judge: Hon. Morrison C. England |

**STIPULATION**

The United States, by and through its undersigned counsel, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. This matter is set for a Status Conference on June 27, 2013.
2. By this Stipulation, the defendant now moves to continue the Status Conference until July 25, 2013, at 9:00 a.m. and to exclude time between June 27, 2013, and July 25, 2013, under Local Code T4. The United States does not oppose this request.
3. The parties agree and stipulate, and request that the Court find the following:

Stipulation to Continue 1 United States v. Robert Wiles

a. This matter has been referred to United States Probation Office for preparation of a pre-plea report.  The assigned Probation Officer informed the parties that two matters related to the defendant's criminal history may significantly impact how the Sentencing Guidelines apply to the defendant's case.  The Probation Officer is in the process of obtaining the original records related to these matters but has not yet received all the necessary documentation.

b. Counsel for the defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c. The United States does not object to this continuance.

d. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, within which trial must commence, the time period of June 27, 2013, to July 25, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

DATED: June 13, 2013    /s/ Justin L. Lee
                        JUSTIN L. LEE
                        Assistant U.S. Attorney

DATED: June 13, 2013    /s/ Tasha Paris Chalfant
                        TASHA PARIS CHALFANT
                        Attorney for Defendant
                        (as authorized on June 13, 2013)

### ORDER

In accordance with the foregoing stipulation of the parties, and good cause appearing, the status conference in this matter, previously set for June 27, 2013, is hereby continued to July 25, 2013 at 9:00 a.m. in Courtroom No. 7.

IT IS SO ORDERED.

DATED:  June 19, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT